**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY BUTLER, | ) | CASE NO. CV 09-07028 JSL (RZ) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| K. HARRINGTON, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of ANTHONY BUTLER, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice

DATED: January 15, 2010

*Spencer Letts*

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE