O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUTLER,<br><br>    Petitioner,<br><br>v.<br><br>K. HARRINGTON, Warden,<br><br>    Respondent. | Case No. CV 09-7028-AG (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Claims One, Four, and Five of the Petition for Writ of Habeas Corpus are DISMISSED.

Dated: September 5, 2015

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE