# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUTLER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>K. HARRINGTON, Warden,<br><br>　　　　Respondent. | Case No. CV 09-7028-AG (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a de novo review of those portions of the Final Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that (1) Petitioner's request for an evidentiary hearing is denied; (2) Petitioner's request for appointment of counsel is denied; and (3) Judgment be entered denying the Petition for a Writ of Habeas Corpus and dismissing this action with prejudice.

Dated:  February 28, 2016

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE