JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY BUTLER, | ) | Case No. CV 09-7028-AG (KK) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| K. HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 28, 2016

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE